**Joseph CUCHARES et al. v. UNITED STATES of America.**

**No. 904.**

Circuit Court of Appeals, Tenth Circuit.

Aug. 25, 1933.

Arthur R. Morrison, of Denver, Colo., for appellants.

John A. Carroll, Asst. U. S. Atty., of Denver, Colo.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.